UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-01964-CJC(RNBx)                                    Date: June 22, 2012

Title: <u>NETWORK SIGNATURES, INC. v. WELLPOINT, INC.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                                                     <u>     N/A     </u>
Deputy Clerk                                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE STAYED PENDING APPEAL OF RELATED CASE**

      On June 14, 2012, Judge James V. Selna granted summary judgment in favor of the defendant in *Network Signatures, Inc. v. State Farm Mutual Automobile Insurance Company*, Case No. SACV 11-00982-JVS(RNBx) (Dkt. No. 51). The court held that U.S. Patent No. 5,511,122 (the "'122 Patent") was invalid based on the inequitable conduct of Network Signatures, Inc.'s ("Network Signatures") licensor.

      The '122 Patent is asserted in this case. The court's ruling in *State Farm* would appear to be equally dispositive of the claims in this case. Accordingly, the Court hereby ORDERS the parties to show cause why this case should not be stayed pending the Federal Circuit's disposition of Network Signature's anticipated appeal in *State Farm*. The parties' responses to this order are to be filed on or before July 9, 2012. The Court will advise the parties if a hearing or further briefing is necessary thereafter. A failure to file a response will be deemed acquiescence to the Court's proposed course of action.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk MU